**Exhibit A to the Complaint**

**Location:** Minneapolis, MN  
**Total Works Infringed:** 54  
**IP Address:** 24.118.222.86  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 01/17/2018 01:03:22 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 2 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 01/15/2018 23:18:43 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 3 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/19/2017 23:04:55 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 4 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/16/2017 23:20:14 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 5 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/05/2017 23:57:36 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 6 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/19/2017 00:59:57 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 7 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/15/2018 23:26:10 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 8 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 11/06/2017 00:17:18 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 9 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/13/2017 01:45:41 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 10 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 01/12/2018 23:50:54 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 11 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/27/2017 03:40:28 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 12 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/13/2017 20:23:16 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 13 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 11/28/2017 23:32:04 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 14 | 42D986CD70A88571BE1AB408302058F29AD7D049 | Vixen | 12/01/2017 04:14:51 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 15 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/22/2017 00:18:02 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 16 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 11/27/2017 22:14:33 | 11/17/2017 | 01/04/2018 | PA0002069336 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 01/01/2018 16:24:34 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 18 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/25/2017 01:19:54 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 19 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 11/06/2017 00:23:53 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 20 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 10/25/2017 22:46:57 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 21 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/13/2017 21:27:56 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 22 | 50D42E0913182BA1982BB0B4E6E10BFB2E8EC817 | Vixen | 07/09/2017 01:05:47 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 23 | 5F2F14843CCBE0F334A5904C3046D6785CA6C922 | Tushy | 01/04/2018 00:33:51 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 24 | 617590A4A03E0F5156896C6DD1F006775B6CA43C | Blacked Raw | 12/29/2017 00:33:00 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 25 | 647E9C77B354EC66C0880A0501942EEB67D00B58 | Blacked | 10/27/2017 21:50:47 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 26 | 6EAAFE0F3E012E94CE6FF11EC5DFC0835CDABEA6 | Blacked | 08/21/2017 20:57:33 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 27 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 06/30/2017 22:19:09 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 28 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 09/13/2017 21:56:50 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 29 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/12/2017 01:06:54 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 30 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/08/2017 00:45:57 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 31 | 806EDC665F428C22EAF1354B760B5D6625944474 | Vixen | 12/30/2017 23:46:30 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 32 | 8DB966D222D91AED146DBCFCAC8DBD757B1F003C | Vixen | 08/21/2017 21:01:32 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 33 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/13/2017 21:27:30 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 34 | 91888D1F273525E13F995A696CF0674A0B91A9B6 | Vixen | 09/14/2017 21:10:27 | 09/01/2017 | 09/07/2017 | PA0002052845 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 11/25/2017 23:41:12 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 36 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/17/2017 23:40:09 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 37 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/18/2017 22:39:17 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 38 | 9D2247F53E427F6FB0718CC2346CBBA4008C13EA | Blacked Raw | 12/06/2017 00:38:08 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 39 | 9D29B8DA43C5063F7087D93478E6DDF9605BD22A | Tushy | 10/28/2017 22:32:05 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 40 | A166E2A1077E24E0827DDE108626335305417B06 | Tushy | 10/14/2017 00:00:27 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 41 | A42154655EB78024A258ED06F5D4AF7D7AD8E757 | Blacked | 05/15/2017 21:07:34 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 42 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/08/2017 03:17:48 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 43 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 12/27/2017 03:59:43 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 44 | D05819C62A357A346556467D990A191A22343714 | Tushy | 09/13/2017 21:46:12 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 45 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/16/2017 23:20:12 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 46 | D75C4212C94EACD789D6AA48F9EDD3AEE3170037 | Vixen | 10/24/2017 19:34:55 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 47 | DD77C5008AAE485F89439B9B89EB1B92D8617620 | Blacked | 11/27/2017 21:32:30 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 48 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/08/2017 03:13:32 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 49 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/21/2017 00:37:14 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 50 | E3EDEB068EFEC672F08F6D1B0A91619FCC9E5C53 | Tushy | 06/23/2017 00:07:36 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 51 | E4161F1C95B5880A29E7937BB586B9281707165C | Blacked Raw | 11/25/2017 23:47:16 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 52 | EA5ED950235A748594878BB8534A2E15989E1120 | Tushy | 07/11/2017 02:10:33 | 07/10/2017 | 08/18/2017 | PA0002077678 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/14/2017 22:29:10 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 54 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/04/2018 23:42:13 | 01/04/2018 | 01/18/2018 | PA0002070947 |