**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

STRIKE 3 HOLDINGS, LLC,

　　　　　Plaintiff,

v.

JOHN DOE subscriber assigned IP address
24.118.222.86,

　　　　　Defendant.

---

Civil No. 18-cv-0771 (DWF/HB)


**ORDER ON PLAINTIFF'S**
***EX-PARTE* APPLICATION**
**FOR EXTENSION OF TIME**
**WITHIN WHICH TO**
**EFFECTUATE SERVICE ON**
**JOHN DOE DEFENDANT**


This matter is before the Court on Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant (ECF No. 15).  Having reviewed the application and the files and records herein and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Application (ECF No. 15) is **GRANTED**. Plaintiff shall have until and including **September 24, 2018** to effectuate service of a summons and Complaint on Defendant.


Dated:  June 19, 2018　　　　　　　　 s/ *Hildy Bowbeer*
　　　　　　　　　　　　　　　　　　HILDY BOWBEER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge