UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Strike 3 Holdings, LLC,　　　　　　　　　　　　Civil No. 18-771 (DWF/HB)

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**ORDER FOR DISMISSAL**
　　　　　　　　　　　　　　　　　　　　　**WITHOUT PREJUDICE**
John Doe, subscriber assigned IP address
24.118.222.86,

    Defendant.

  Based upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed on August 14, 2018, (Doc. No. [18]),

  **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated:  September 4, 2018　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　　United States District Judge